

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 AUG 10  AM 9: 07

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ARCHIE AMBO, JR.                                    CIVIL ACTION

VERSUS                                              NO. 05-2548

HOSPITAL ADMINISTRATOR, SLIDELL                     SECTION "S" (2)
MEMORIAL HOSPITAL ET AL.

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's complaint is hereby **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

New Orleans, Louisiana, this  9  day of  August , 2005.

Mary Ann Vial Lemmon
UNITED STATES DISTRICT JUDGE

Fee_____
Process_____
Dktd_____
CtRmDep_____
Doc. No_____